# United States Bankruptcy Court
## District of Nevada

In re  **Venerable Dela Cruz**
      **Emma Dela Cruz**
                      Debtor(s)

Case No. **10-25390**
Chapter **13**

## Notice of Change of Address

Debtor's Social Security Number:     **xxx-xx-5731**

Joint Debtor's Social Security Number:  **xxx-xx-9549**

**My (Our) Former Mailing Address and Telephone Number was:**

Name:     **Venerable Dela Cruz and Emma Dela Cruz**

Street:     **439 Windover Avenue**

City, State and Zip:     **Las Vegas, NV 89123**

Telephone #:

**Please be advised that effective _____, 20\_\_\_,
my (our) new mailing address and telephone number is:**

Name:     **Venerable Dela Cruz and Emma Dela Cruz**

Street:     **439 Wendover Hills Avenue**

City, State and Zip:     **Las Vegas, Nevada 89123**

Telephone #:     818-731-2577

**Venerable Dela Cruz**
Debtor

**Emma Dela Cruz**
Joint Debtor